PHEBE LANGRICK et al., Plaintiffs, and MARY J. L. FRANK, Plaintiff-Appellant, *v.* RICHARD ROWE et al., Defendants, Impleaded with THOMAS E. ROWE et al., Defendants-Respondents.

Submitted June 14, 1943; decided June 18, 1943.

*Joseph T. Arenson* for motion.

*Jay Leo Rothschild* and *Louis Rivkin* opposed.

Motion denied, with ten dollars costs.